IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHANNA RYCROFT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:17-cv-01009-LMM-CMS |
| PFIZER INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JOINT STATUS REPORT REGARDING MEDIATION**

Defendant Pfizer Inc. and Plaintiff Johanna Rycroft (collectively the "Parties"), hereby report that the Parties mediated this lawsuit on January 17, 2019 and resolved this lawsuit at mediation. The Parties request that all deadlines in this lawsuit continue to be stayed for thirty (30) days while settlement is consummated.

In accordance with LR 5.1C, NDGa, the Parties certify that this document has been prepared in 14 point, Times New Roman font.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted this 28th day of January, 2019.

| | |
|---|---|
| s/ Adian R. Miller | By: s/ Jonathan A. Roth |
| Adian R. Miller Ga. Bar No. 794647 | Jonathan A. Roth (Ga. Bar No. 518088) |
| armiller@forthepeople.com | jonathan.roth@jacksonlewis.com |
| | Lauren F. Gordon (Ga. Bar No. 557058) |
| MORGAN & MORGAN, P.A. | Lauren.gordon@jacksonlewis.com |
| 191 Peachtree Street, N.E. Suite 4200 | Stephanie Lewis (SC Bar No. 68791) |
| P.O. Box 57007 | (Admitted Pro Hac Vice) |
| Atlanta, Georgia 30343-1007 | lewiss@jacksonlewis.com |
| Telephone: (404) 496-7332 | |
| Facsimile: (404) 496-7428 | JACKSON LEWIS P.C. |
| | 1155 Peachtree Street, NE, Suite 1000 |
| | Atlanta, GA  30309 |
| | Telephone: (404) 586-1820 |
| | Facsimile: (404) 525-1173 |
| | |
| | JACKSON LEWIS P.C. |
| | 15 South Main Street, Suite 700 |
| | Greenville, SC  29601 |
| | Telephone: (864) 232-7000 |
| | Facsimile: (864) 235-1381 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHANNA RYCROFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:17-cv-01009-LMM-CMS |
| PFIZER INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I certify that on January 28, 2019, I electronically filed the foregoing **JOINT STATUS REPORT REGARDING MEDIATION** with the Clerk of Court using the CM/ECF system, which will send notice of filing and a copy of same to counsel for the Plaintiff:

>Adian R. Miller
>ARMiller@forthepeople.com

>/s/Jonathan A. Roth
>Jonathan A. Roth